

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00345-CV

Juan Julian **CEDILLO** and RJ Landscaping Services, LLC,
Appellants

v.

**CNH INDUSTRIAL CAPITAL AMERICA, LLC**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2024-0056-CIV
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, appellants' motion to dismiss this appeal is GRANTED and this appeal is DISMISSED. Because appellants' motion to dismiss the appeal does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellants. *See* TEX. R. APP. P. 42.1(d).

SIGNED December 10, 2025.

_____
Lori I. Valenzuela, Justice